IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EVA MAE SAPP,

    Plaintiff,

v.                                      CASE NO. 4:05-cv-00446-MP-WCS

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed for failure to serve the complaint within 120 days as is required by Fed. R. Civ. P. 4. Objections to Report and Recommendation were due by April 17, 2006, but none were filed. Having reviewed the Report and Recommendation, the Court agrees that dismissal is appropriate. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *21st* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge